United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

COMMUNICATIONS WORKERS OF
AMERICA, LOCAL 9423,

Plaintiff,

v.

MONICA ALVARADO,

Defendant.

Case No.  22-cv-00365-VKD

**JUDGMENT**

On September 20, 2022, the Court granted defendant's motion to dismiss for lack of subject matter jurisdiction.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of defendant and against plaintiff.  The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 20, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge